IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07MC00104-FCD-DAD |
|         Plaintiff, ) | |
|   v. ) | |
| ARPINE GODZHOYAN, ) | ORDER OF GARNISHMENT (INTEREST IN WITHHELD MONEY) |
|         Defendant and<br>        Judgment Debtor. ) | |
| CALIFORNIA DEPARTMENT OF<br>HEALTH SERVICES, ) | |
|         Garnishee. ) | |

    A Writ of Garnishment (Interest in Withheld Money), directed to the Garnishee California Department of Health Services, has been duly issued and served upon the Garnishee in order to partially satisfy the outstanding debt owed by the Defendant and Judgment Debtor Arpine Godzhoyan ("Judgment Debtor"). The balance currently owing by the Judgment Debtor is $437,410.55 as of January 24, 2008.

//

//

1  The Garnishee filed an Answer of Garnishee stating that at the
2 time of service of the Writ, the Garnishee had custody or
3 possession of properties (non-earnings), in which the "Judgement
4 Debtor" maintains an interest in the amount of $30,018.99.

5  The Judgment Debtor was served by the Garnishee with the
6 Answer of Garnishee and the Judgment Debtor has not filed a written
7 objection or requested a hearing within 20 days, as set forth in 28
8 U.S.C. § 3205(c)(5).

9  Pursuant to 28 U.S.C. § 3205(c)(7), after the Garnishee files
10 an answer, and if no hearing is requested within the required time
11 period, the Court shall promptly enter an order directing the
12 Garnishee as to the disposition of the Judgment Debtor's property.

13  ACCORDINGLY, IT IS ORDERED that the Garnishee California
14 Department of Health Services shall turn over the amount of
15 $30,018.99, payable to the Clerk of the Court, (reference Docket
16 No. CR S 99-226-FCD on the face of the check), and forward it to:

> U.S. District Court Clerk
> 501 "I" Street, Room 4-200
> Sacramento, California 95814

19  IT IS FURTHER ORDERED that upon receipt of payment, the Writ
20 of Garnishment is hereby terminated.

21 DATED: May 14, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.godzhoyan0104.ord

CERTIFICATE OF SERVICE

   The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

   That on _____, she served copies of the attached ***Proposed* ORDER OF GARNISHMENT (INTEREST IN WITHHELD MONEY)** by depositing the envelopes and contents in the United States Mail at Sacramento, California; said postpaid envelope being directed to the person(s) hereinafter named at the address(es) stated below, which is/are the last known address(es):

Addressee(s):

Garnishee:          California Department of Health Services
                    Office of Legal Services
                    1501 Capitol Avenue, MS 0010
                    Sacramento, CA 95814
                    Attn: Vince Blackburn

Judgment Debtor:    Arpine Godzhoyan
                    601 Salem Street #103
                    Glendale, CA 91023-2471


                              */s/ Evangeline D. Dizon*
                              (original signature retained by attorney)

                              _____
                              Evangeline D. Dizon
                              Legal Assistant